UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | |
|---|---|
| TYLER KIBEC *et al.*<br><br>v.<br><br>GIANT OF MARYLAND, LLC d/b/a GIANT | **Case No. 1:22-cv-02733-SAG**<br>FLSA Collective Action<br>VMWA/VOWA/VPWL Collective Action<br>FED. R. CIV. P. 23 Class Action<br><br>Judge Stephanie A. Gallagher |

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs and Defendant Giant of Maryland, LLC d/b/a Giant stipulate to the dismissal of this lawsuit without prejudice, with each party to bear their own costs and fees. A proposed order is attached.

Respectfully submitted,

By: __/s/ *Matthew S. Parmet*__
**Angeli Murthy, Esq.**
PA Bar No. 93699
**MORGAN & MORGAN, P.A.**
8151 Peters Rd., Suite 4000
Plantation, FL 33324
Telephone: (954) 327-5369
Facsimile: (954) 327-3016
Email: amurthy@forthepeople.com

**Matthew S. Parmet**
D. Md. # 30265
**PARMET PC**
2 Greenway Plaza, Ste. 250
Houston, TX 77046
phone  713 999 5228
matt@parmet.law

**Attorneys for Plaintiffs**

By:__/s/_____
(signed by Matthew S. Parmet with permission of Michael J. Puma)
**Michael J. Puma, Esq.**
PA Bar No.: 94463
**Caroline R. Robb, Esq.**
PA Bar No.: 326176
**MORGAN, LEWIS & BOCKIUS LLP**
1701 Market Street
Philadelphia, PA 19103
Tel: 215-963-5000
E-mail: michael.puma@morganlewis.com
E-mail: caroline.robb@morganlewis.com

**Brendan T. Killeen**
NY Bar No.: 4592572
(*admitted pro hac vice*)
**MORGAN, LEWIS & BOCKIUS LLP**
101 Park Ave.
New York, NY 10178-0060
Tel: 212-309-6712
E-mail: brendan.killeen@morganlewis.com

**Attorneys for Defendant**